IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 23-cv-01839-REB-KAS

SCOTT SMITH,

    Plaintiff,

v.

UNITED FIRE & CASUALTY COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#56][1], filed January 16, 2025. After reviewing the motion and the record, I conclude the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss With Prejudice** [#56] is granted;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs;

3. That all deadlines and hearings, including the combined Final Pretrial and Trial Preparation Conference set February 13, 2025, and the five day jury trial set to commence March 24, 2025, are vacated; and

4. That this case is closed.

---

[1] "[#56]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated January 16, 2025, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge